**Oren David MORGAN**

v.

**Robert RAINES, Acting Warden, Oklahoma State Penitentiary.**

No. 6085.

United States Court of Appeals Tenth Circuit.

March 25, 1959.

Owen J. Watts, Asst. Atty. Gen., State of Oklahoma, for appellee.

Before BRATTON, Chief Judge, PICKETT, Circuit Judge, and KNOUS, District Judge.

PER CURIAM.

Affirmed without written opinion.